### Ex parte Thomas Franklin SHOE, Appellant.

### No. PD–0572–04.

Court of Criminal Appeals of Texas.

Oct. 10, 2007.

Mary B. Thornton, Fort Worth, appellant.

Anne Swenson, David M. Curl, Asst. D.A., Fort Worth, Matthew Paul, State's Atty., Austin, for state.

### *OPINION*

PER CURIAM.

The petition for discretionary review is dismissed as having been improvidently granted.

MEYERS, J., not participating.